No. 44835.—Protests 482497–G, etc., of O. Bulowa Co. et al. (New York).

Opinion by BROWN, J.. It was stipulated that the merchandise is wool hoods similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.